JUDGE SHAH
MAGISTRATE JUDGE JANTZ
Randomly Assigned
PC 6
PC SCAN

RECEIVED
1/26/2023
JB
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Jamaal Charles

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

RYAN, G.P., (#4731);
DOHERTY, T.M. (#8756);
City of Chicago; and,
State of Illinois.

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

Case No: **23CV545**
(To be supplied by the Clerk of this Court)

CHECK ONE ONLY:

✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983** U.S. Code (state, county, or municipal defendants)

___ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331** U.S. Code (federal defendants)

___ **OTHER** (cite statute, if known)

**BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.**

I. **Plaintiff(s):**

A. Name: Jamaal Charles

B. List all aliases: None

C. Prisoner identification number: M54753

D. Place of present confinement: Lawrence Corr. Inst. / IDOC

E. Address: 10930 Lawrence Road; Sumner, IL 62466

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: RYAN, G.P. (#4731)
Title: Chicago Police Officer, Employee / Agent
Place of Employment: Chicago Police Department

B. Defendant: DOHERTY, T.M. (#8756)
Title: Chicago Police Officer, Employee / Agent
Place of Employment: Chicago Police Department

C. Defendant: ~~Chicago Police Department~~ City of Chicago
Title: Agency Head of Chicago Police Department (Principal)
Place of Employment: Daley Center; Chicago, IL 60606-6404

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

Additional Pages: **II. DEFENDANTS** (Page 1 of 1)

D. Defendant: State of Illinois Incorporated (Inc.)
Title: Agency Head
Place of Employment: 207 State Capitol;
Springfield, IL. 62706

-- THE END --

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: Partially Known ....
Jamaal Charles, plaintiff vs. ...... (U/K)

B. Approximate date of filing lawsuit: 2012

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

D. List all defendants: Cook County Dept. of Corrections (CCDOC)

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Cook County

F. Name of judge to whom case was assigned: N/A

G. Basic claim made: I slipped in the shower and broke my foot (Civil)

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Awarded $7,500 (In damages)

I. Approximate date of disposition: 2013

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Revised 9/2007

Additional Pages: Other Lawsuits          Page 1 of 2

J.) Name of Case and Docket Number: Partially Known ... Jamaal Charles, plaintiff vs. ... (U/K).

K.) Approx. date of filing lawsuit: 2013.

L.) List all Plaintiffs: N/A.

M.) List all Defendants: Correctional Officers; ... dont remember.

N.) Court in which lawsuit was filed: Cook County

O.) Name of Judge: Dont remember.

P.) Basic Claim made: Doctor prescribed shoes, was taken by c/o during a cell search.

Q.) Disposition of case: dismissed; No appeal.

R.) Approx. Date of Disposition: 2014.

S.) Name of case and Docket Number: Partially Known ... Jamaal Charles, plaintiff vs ... (U/K).

T.) Approx. date of filing lawsuit: 2013/2014.

U.) List all Plaintiffs: N/A

V.) List all Defendants: Correctional Officers ... dont remember.

W.) Court in which lawsuit was filed: Cook County.

Additional Pages: Other Lawsuits          Page 2 of 2

X.) Name of Judge: Don't remember.

Y.) Basic Claim made: Had court, needed to shower prior thereto; Headed to shower, was assaulted by multiple c/o's, denied a shower.

Z.) Disposition of case: Dismissed; No appeal; Approx. date of disposition: 2014 or 2015.

A.(1) Charles v. Ryan, et al., Case No. 1:21-cv-01783

B.(1) Filed: 7/23/2021

C.(1) List all Plaintiffs: N/A

D.(1) List all Defendants: Ryan, G.P.; Doherty, T.M.

E.(1) Court: U.S.D.C. (N.D. Ill.).

F.(1) Name of Judge: Don't remember.

G.(1) Convicted of AUUW offense that is Void Ab Initio.

H.(1) Disposition: Dismissed without prejudice; No appeal; Still pending.

I.(1) Date of Disposition: 7 / 30 / 21 .

-- THE END --

**IV.** **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1.) On or about 5/2/07, Defendants Ryan (#4731) and Doherty (#8756) pulled over the vehicle I was traveling in as a passenger and found a firearm in the car; The car was not in my name; I was arrested and charged with an Agg. Unlw. Use of Weapon under Case No. 07 CR 1082601;

2.) I was found guilty of said offense (above; AUUW) and received a term/sentence of: 2 YEARS Probation

3.) No prints of mine (latent or otherwise) was recovered from the firearm;

4.) In 2015, the AUUW offense was deemed VOID AB INITIO by the IL Supreme Court; In August 2019, the charged offense was NOLLE PROS from my background;

5.) However, my liberty interests were restrained; causing an impairment of family relations; pursuit of happiness; inability to gain/maintain employment, and/or retain private counsel

4

of my choice, through due diligence; my government name and character has been defamed;

6.) Prior to said vacation of AUUW (in 2019), it became a proponent, as an aggravating/mitigating factor, for multiple offense(s) under case no. 11 CR 0569201 I was later accused, tried and convicted of;

7.) Just the sheer fact that the AUUW remained apart (or "A Part")/attached to my criminal background UNVACATED; my background was introduced in the PSI Report of case no. 11 CR 0569201 and/or Criminal Charges therefrom; and is nearly impossible to determine the amount of weight credited to said offense (AUUW) in fixing a sentence under the aforementioned case no. above.

8.) Defendants, City of Chicago and State of Illinois Incorporated (Inc.), misapplication of statute(s), Rule(s), Regulation(s), Policies; jointly and/or severally, caused harm to plaintiff's intellectual property/personal property, with respect to the injuries committed.

9.) ALL named defendants acted in bad faith.

10.) IN SUPPORT OF THIS STATEMENT OF CLAIMS: See, Exibits A and B.

**V. Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. <u>Monetary Damages:</u>

1.) <u>Against Agent/Employee(s), jointly and/or severally, $100,000.00 (Compensatory);</u>
2.) <u>Against Principal(s), jointly and/or severally, $250,000.00 (Compensatory);</u>
3.) <u>Against Agent/Employee(s), jointly and/or severally, $250,000.00 (Punitive);</u>
4.) <u>Against Principal(s), jointly and/or severally, $500,000.00 (Punitive);</u>
<u>on ea. count triable.</u>
<u>(See, Additional Pages)</u>

**VI.** The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this _____ day of _____, 20____

_____
(Signature of plaintiff or plaintiffs)

_____
(Print name)

_____
(I.D. Number)

_____

_____
(Address)

Additional Pages: **V. RELIEF** (Page 1 of 1)

5.) Cost of suit; and any additional relief this court sees fit.
6.) DECLARATORY RELIEF: that defendant(s) violated the Laws and Constitution of the United States of America; INJUNCTIVE RELIEF: that the State of Illinois ensure/enforce any and all relief provided to plaintiff by this court, as ordered, or fine a 5% percent (Five percent) late fee to be awarded per day of occurence (to plaintiff) for failure to comply with order and/or judgment rendered in this case.

-- THE END --

# Exibit A

```
*************************************************************
STATE OF ILLINOIS  )
                   ) SS.
COUNTY OF COOK     )
```

       The MAY, 2007 Grand Jury of the
       Circuit Court of Cook County.

  The Grand Jurors chosen, selected and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about MAY 2, 2007 at and within the County of Cook

         JAMAAL CHARLES

committed the offense of    AGGRAVATED UNLAWFUL USE OF WEAPON

in that HE, KNOWINGLY CARRIED IN A VEHICLE, A FIREARM, TO WIT: A

HANDGUN, AT A TIME WHEN HE WAS NOT ON HIS OWN LAND OR IN HIS OWN ABODE

OR FIXED PLACE OF BUSINESS AND THE FIREARM POSSESSED WAS UNCASED,

LOADED AND IMMEDIATELY ACCESSIBLE AT THE TIME OF THE OFFENSE,

IN VIOLATION OF CHAPTER 720 ACT 5 SECTION 24-1.6(A)(1)/(3)(A)

OF THE ILLINOIS COMPILED STATUTES 1992 AS AMENDED AND

contrary to the Statute and against the peace and dignity of the same People of the State of Illinois.

            COUNT NUMBER 1
            CASE NUMBER 07CR-10826
            CHARGE ID CODE: 12474

A-12

# CRIMINAL DISPOSITION SHEET

| Sheet # 0001 | Defendant Sheet # 0001 OF 0001 | | | | | | CLERK USE ONLY 0001 |
|---|---|---|---|---|---|---|---|
| | | | Branch/Room/Location 6726 109 100 CHICAGO POLICE DEPT | | | | COURT CAL/TIME 2-0930 AM |

| CASE NUMBER | | | | ATTORNEY | COURT DATE | |
|---|---|---|---|---|---|---|
| 07CR1082601 | | | | PUBLIC DEFENDER | 08-23-2019 | |

| DEFENDANT NAME | | | | | BOND AMOUNT |
|---|---|---|---|---|---|
| CHARLES, JAMAAL | | | | | $5,000.00 |

| CB/DCN # | IR # | EM | BOND # | I | C | D |
|---|---|---|---|---|---|---|
| 016877368 | 1510502 | | 6697325 | | | x |

CHARGES          * IN CUSTODY 04/17/09 *       COURT ORDER ENTERED

C001 720-5/24-1.6(A)(1)
AGG UNLAWFUL USE OF WEAPON/VE
04/24/09 DEF SENTENCED TO COOK CNTY DOC

C002 720-5/24-1.6(A)(1)
AGG UNLAWFUL USE OF WEAPON/VE
01/29/08 NOLLE PROSEQUI

G's Pro Se 2-1401 pet
naved on Aguilar

ct 1 conv vacated

Ns Nolle based on Aguilar

JUDGE: [signature]

JUDGE'S No. 1816

MARGARET O'BRIEN